No. 71–857. EVCO, DBA EVCO INSTRUCTIONAL DESIGNS *v.* JONES, COMMISSIONER OF BUREAU OF REVENUE, ET AL. Ct. App. N. M. Certiorari granted. ▮

No. 71–858. RICCI *v.* CHICAGO MERCANTILE EXCHANGE ET AL. C. A. 7th Cir. Certiorari granted. ▮

No. 71–895. NATIONAL LABOR RELATIONS BOARD *v.* INTERNATIONAL VAN LINES. C. A. 9th Cir. Certiorari granted. ▮

No. 71–732. SCHNECKLOTH, CONSERVATION CENTER SUPERINTENDENT *v.* BUSTAMONTE. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. ▮

No. 71–863. COLUMBIA BROADCASTING SYSTEM, INC. *v.* DEMOCRATIC NATIONAL COMMITTEE;

No. 71–864. FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.* BUSINESS EXECUTIVES' MOVE FOR VIETNAM PEACE ET AL.;

No. 71–865. POST-NEWSWEEK STATIONS, CAPITAL AREA, INC. *v.* BUSINESS EXECUTIVES' MOVE FOR VIETNAM PEACE; and

No. 71–866. AMERICAN BROADCASTING COS., INC. *v.* DEMOCRATIC NATIONAL COMMITTEE. C. A. D. C. Cir. Certiorari granted. Cases consolidated and a total of two hours allotted for oral argument. Mandate of United States Court of Appeals for the District of Columbia Circuit issued on October 29, 1971, in these cases is hereby recalled and stayed pending the sending down of judgment of this Court. MR. JUSTICE DOUGLAS is of the opinion that stay should be denied. Reported below: 146 U. S. App. D. C. 181, 450 F. 2d 642.